UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY J. AJAERO,<br><br>                               Plaintiff,<br><br>-against-<br><br>FORMER PRES. OBAMA, ET AL.,<br><br>                             Defendants. | 23-CV-8096 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 7, 2023
             New York, New York

                                                           /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge